IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:13-cv-922-MHS-CMC |
| | § | |
| NEC CASIO MOBILE | § | JURY TRIAL DEMANDED |
| COMMUNICATIONS, LTD., et al, | § | |
| | § | |
| Defendants. | | |

**DEFENDANT NEC CASIO MOBILE COMMUNICATIONS, LTD.'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's April 28, 2014 Order to Meet, Report, And Appear At Scheduling Conference [Dkt. No. 37], Defendant NEC CASIO Mobile Communications, Ltd. ("NCMC") hereby files its certificate of interested persons and states as follows:

(1) NCMC is a wholly-owned subsidiary of NEC Corporation, a publicly traded company.

(2) CASIO Computer Co., Ltd., and Hitachi, Ltd. are publicly held corporations that own 10% or more of NCMC's stock.

Dated: May 13, 2014                      Respectfully submitted,

                                         */s/ Rick L. Rambo*
                                         Rick L. Rambo
                                         Texas State Bar No. 00791479
                                         rrambo@morganlewis.com
                                         Adam A. Allgood
                                         Texas State Bar No. 24059403
                                         aallgood@morganlewis.com
                                         1000 Louisiana Street, Suite 4000
                                         Houston, Texas 77002
                                         (713) 890-5000 Telephone
                                         (713) 890-5001 Facsimile

DB1/ 79025014.1

2

        Robert W. Busby, LEAD ATTORNEY
        Virginia Bar No. 41312 (*Admitted Pro Hac Vice*)
        rbusby@morganlewis.com
        John D. Zele
        Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)
        jzele@morganlewis.com
        Jeremy D. Peterson
        Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)
        jpeterson@morganlewis.com
        Bradford A. Cangro (*admitted in TXED*)
        D.C. Bar No. 495996
        bcangro@morganlewis.com
        MORGAN, LEWIS & BOCKIUS LLP
        1111 Pennsylvania Avenue, NW
        Washington, DC 20004
        (202) 739-3000 Telephone
        (202) 739-3001 Facsimile

*Counsel for Defendant*
*NEC CASIO Mobile Communications, Ltd.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 13, 2014.

>                                         */s/ Rick L. Rambo*
>                                         Rick L. Rambo