IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:13-cv-922-MHS-CMC |
| § | |
| NEC CASIO MOBILE § | JURY TRIAL DEMANDED |
| COMMUNICATIONS, LTD., et al, § | |
| § | |
| Defendants. | |

**DEFENDANT NEC CORPORATION OF AMERICA INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Paragraph 3 of the Court's April 28, 2014 Order to Meet, Report, And Appear At Scheduling Conference [Dkt. No. 37], Defendant NEC Corporation of America hereby files its certificate of interested persons and states as follows:

NEC Corporation of America is a wholly-owned subsidiary of NEC Corporation, a publicly traded company, which owns 100% of its stock.

Dated: May 13, 2014

Respectfully submitted,

/s/ Rick L. Rambo
Rick L. Rambo
Texas State Bar No. 00791479
rrambo@morganlewis.com
Adam A. Allgood
Texas State Bar No. 24059403
aallgood@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Robert W. Busby, LEAD ATTORNEY
Virginia Bar No. 41312 (*Admitted Pro Hac Vice*)
rbusby@morganlewis.com
John D. Zele
Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)

jzele@morganlewis.com
Jeremy D. Peterson
Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)
jpeterson@morganlewis.com
Bradford A. Cangro (*admitted in TXED*)
D.C. Bar No. 495996
bcangro@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000 Telephone
(202) 739-3001 Facsimile

*Counsel for Defendant*
*NEC Corporation of America, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 13, 2014.

>  */s/ Rick L. Rambo*
>  Rick L. Rambo