**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-433 |
| | ) | |
| **ASUSTEK, ET AL.** | ) | |
| | ) | |
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-585 |
| | ) | |
| **NEC CASIO, ET AL.** | ) | |
| | ) | |
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-778 |
| | ) | |
| **PANTECH, ET AL.** | ) | |
| | ) | |
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-853 |
| | ) | |
| **KYOCERA, ET AL.** | ) | |
| | ) | |
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-854 |
| | ) | |
| **KYOCERA, ET AL.** | ) | |
| | ) | |
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-922 |
| | ) | |
| **NEC, ET AL.** | ) | |

06058676

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's April 28, 2014 Order, ¶3, plaintiff, ADAPTIX, Inc., hereby files its Certificate Listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

    Adaptix, Inc.

    Acacia Research Group LLC

    Hayes Messina Gilman & Hayes LLC

    Tadlock Law Firm.

Date: May 13, 2014          **ADAPTIX, INC.**

          By:   */s/ Craig Tadlock*
                  Craig Tadlock
                  Texas State Bar No. 00791766
                  **TADLOCK LAW FIRM PLLC**
                  2701 Dallas Parkway, Suite 360
                  Plano, Texas 75093
                  Phone:  903-730-6789
                  craig@tadlocklawfirm.com

                  Paul J. Hayes (*pro hac vice*)
                  Steven E. Lipman (*pro hac vice*)
                  **HAYES MESSINA GILMAN HAYES, LLC**
                  200 State Street, 6th Floor
                  Boston, MA 02109
                  phayes@hayesmessina.com
                  slipman@hayesmessina.com
                  Telephone: (617) 345-6900
                  Facsimile: (617) 443-1999

                  **ATTORNEYS FOR PLAINTIFF**
                  **ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of May, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                      */s/ Craig Tadlock*
                                                                       Craig Tadlock