**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-00585 |
| | ) | |
| NEC CASIO MOBILE | ) | |
| COMMUNICATIONS, LTD., | ) | |
| NEC CORPORATION OF AMERICA, | ) | |
| AT&T, INC., AT&T MOBILITY LLC, | ) | |
|     Defendants. | ) | |
| | ) | |
| ADAPTIX, INC. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-00778 |
| | ) | |
| PANTECH WIRELESS, INC., | ) | |
| PANTECH CO. LTD., AT&T INC., | ) | |
| and AT&T MOBILITY LLC, | ) | |
|     Defendants. | ) | |
| | ) | |
| ADAPTIX, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-00922 |
| | ) | |
| NEC CASIO MOBILE | ) | |
| COMMUNICATIONS LTD., | ) | |
| NEC CORPORATION OF AMERICA, | ) | |
| and CELLCO PARTNERSHIP | ) | |
| d/b/a VERIZON WIRELESS, | ) | |
|     Defendants. | ) | |
| | ) | |

**ADAPTIX'S NOTICE OF COMPLIANCE WITH**
**LOCAL PATENT RULES 3-1 AND 3-2**

Plaintiff Adaptix, Inc. hereby notifies the Court that it has complied with the Court's

Scheduling Order and Local Patent Rules 3-1 and 3-2 by serving its Disclosure of Asserted

06071834

Claims and Infringement Contentions for U.S. Patent Nos. 6,947,748 (the "'748 patent") and 7,454,212 (the "'212 patent") on counsel for Defendants on July 15, 2014.


Dated: July 15, 2014          Respectfully submitted,

/s/ *Paul J. Hayes*
Paul J. Hayes
Steven E. Lipman
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: slipman@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on July 15, 2014. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ *Thomas Fulford*
Thomas Fulford