## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

ADAPTIX, INC.,

      Plaintiff,

      v.

NEC CASIO MOBILE COMMUNICATIONS
LTD., NEC CORPORATION OF AMERICA,
and CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,

      Defendants.

Civil Action No. 6:13-cv-922-MHS-CMC

**JURY TRIAL DEMANDED**

## PLAINTIFF'S REPLY TO DEFENDANT'S
## FIRST AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS

Plaintiff, ADAPTIX, Inc. ("Adaptix"), replies to Defendant's, Cellco Partnership d/b/a

Verizon Wireless ("Verizon"), First Amended Answer, Defenses, and Counterclaims as follows:

### COUNTERCLAIMS FOR DECLARATORY JUDGMENT

This is an introductory paragraph and no response is required.  To the extent a response is

required, Adaptix denies all allegations contained therein.

### NATURE OF THE ACTION

1.      Adaptix admits that these Counterclaims arise from allegations of infringement

against Verizon.  Adaptix denies all other allegations of Paragraph 1.

2.      Admitted.

3.      Adaptix admits that it accuses Verizon of directly infringing, contributing to the

infringement of, and/or inducing others to infringe U.S. Patent Nos. 7,454,212 ("the '212

Patent") and 6,947,748 ("the '748 Patent").  Adaptix denies all other allegations of Paragraph 3.

4.      Admitted.

## JURISDICTION AND VENUE

5.      Admitted.

6.      Adaptix admits that venue is proper in this District pursuant to 28 U.S.C. §§ 1367

and 1391.  Adaptix denies all remaining allegations in Paragraph 6.

## PARTIES

7.      Admitted.

8.      Admitted.

## COUNTERCLAIM COUNT I
## (Non-Infringement of U.S. Patent No. 7,454,212)

9.      Adaptix repeats and realleges the responses to Paragraphs 1-8 of the Reply as if

fully set forth herein.

10.     Denied.

11.     Denied.

## COUNTERCLAIM COUNT II
## (Invalidity of U.S. Patent No. 7,454,212)

12.     Adaptix repeats and realleges the responses to Paragraphs 1-11 of the Reply as if

fully set forth herein.

13.     Denied.

14.     Denied.

## COUNTERCLAIM COUNT III
## (Non-Infringement of U.S. Patent No. 6,947,748)

15.     Adaptix repeats and realleges the responses to Paragraphs 1-14 of the Reply as if

fully set forth herein.

16.     Denied.

17.     Denied.

## COUNTERCLAIM COUNT IV
### (Invalidity of U.S. Patent No. 6,947,748)

18.     Adaptix repeats and realleges the responses to Paragraphs 1-17 of the Reply as if fully set forth herein.

19.     Denied.

20.     Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Counterclaims fail to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Verizon infringes one or more claims of U.S. Patent Nos. 7,454,212 and 6,947,748.

### PRAYER FOR RELIEF

WHEREFORE, Adaptix respectfully requests that this Court:

a.      Enter judgment in favor of Adaptix on all issues set forth in Verizon's First
        Amended Answer, Defenses, and Counterclaims;

b.      Deny all relief requested in Verizon's First Amended Answer, Defenses, and
        Counterclaims;

c.      Grant the relief requested by Adaptix in its Complaint, and

d.      Grant Adaptix such further relief as this Court may deem just and proper.

### JURY DEMAND

Adaptix demands trial by jury on all issues set forth in Verizon's First Amended Answer, Defenses, and Counterclaims so triable.

3

Date:  August 12, 2014                    **ADAPTIX, INC.**


                                          By:  */s/  Paul J. Hayes*
                                          Paul J. Hayes
                                          Steven E. Lipman
                                          **HAYES MESSINA**
                                          **GILMAN & HAYES, LLC**
                                          200 State Street, 6th Floor
                                          Boston, MA 02109
                                          Tel: (617) 439-4200
                                          Fax: (617) 443-1999
                                          Email:  phayes@hayesmessina.com
                                          Email:  slipman@hayesmessina.com

                                          Craig Tadlock
                                          Texas State Bar No. 00791766
                                          Keith Smiley
                                          Texas State Bar No. 24064869
                                          **TADLOCK LAW FIRM PLLC**
                                          2701 Dallas Parkway, Suite 360
                                          Plano, Texas 75093
                                          Phone:  (903) 730-6789
                                          Email:  craig@tadlocklawfirm.com
                                                  keith@tadlocklawfirm.com

                                          **ATTORNEYS FOR PLAINTIFF**
                                          **ADAPTIX, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on August 12, 2014.  As such, this document was served on all counsel of record who are deemed to have consented to electronic service per Local Rule CV-5(b)(1).

                    /s/ *Paul J. Hayes*