**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-cv-585 |
| NEC CASIO, ET AL. | § § | |
| ADAPTIX, INC. | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-cv-778 |
| PANTECH WIRELESS, INC. ET AL. | § § | |
| ADAPTIX, INC. | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-cv-922 |
| NEC, ET AL. | § § | |

**DEFENDANTS' NOTICE OF PATENT RULE 4-1 DISCLOSURES**

Defendants NEC Casio Mobile Communications, Ltd., NEC Corporation of America, AT&T Mobility, LLC, Verizon Wireless, Inc., Pantech Co., Ltd., and Pantech Wireless, Inc., (collectively "Defendants") hereby notify the Court that they served their disclosures pursuant to P.R. 4-1 and this Court's June 25, 2014 Scheduling and Discovery Order to all counsel of record via electronic mail on August 15, 2014.

Dated: August 15, 2014            MORGAN, LEWIS & BOCKIUS LLP
                                  By: */s/ Adam A. Allgood*
                                  Rick L. Rambo
                                  Texas State Bar No. 00791479
                                  rrambo@morganlewis.com
                                  Adam A. Allgood
                                  Texas State Bar No. 24059403
                                  aallgood@morganlewis.com
                                  1000 Louisiana Street, Suite 4000
                                  Houston, Texas 77002
                                  (713) 890-5000 Telephone
                                  (713) 890-5001 Facsimile

                                  Robert W. Busby, LEAD ATTORNEY
                                  Virginia Bar No. 41312 (*Application for Admission Pro Hac Vice Pending*)
                                  rbusby@morganlewis.com
                                  John D. Zele
                                  Virginia Bar No. 36183 (*Application for Admission Pro Hac Vice Pending*)
                                  jzele@morganlewis.com
                                  Jeremy D. Peterson
                                  Virginia Bar No. 36183 (*Application for Admission Pro Hac Vice Pending*)
                                  jpeterson@morganlewis.com
                                  Bradford A. Cangro (*admitted in TXED*)
                                  D.C. Bar No. 495996
                                  bcangro@morganlewis.com
                                  MORGAN, LEWIS & BOCKIUS LLP
                                  1111 Pennsylvania Avenue, NW
                                  Washington, DC 20004
                                  (202) 739-3000 Telephone
                                  (202) 739-3001 Facsimile

                                  *ATTORNEYS FOR DEFENDANTS NEC CORPORATION OF AMERICA, NEC CASIO MOBILE COMMUNICATIONS, LTD., AT&T MOBILITY, LLC, AND AT&T, INC.*

By: */s/ Alan A. Wright*  
Alan A. Wright  
Oluwaseun O. Ajayi  
Brendan P. O'Shea  
HC PARK & ASSOCIATES PLC  
1894 Preston White Drive  
Reston, VA 20191  
Tel: (703) 288-5105  
Fax: (703) 288-5139  

Melissa Richards Smith  
GILLAM & SMITH, LLP  
303 South Washington Avenue  
Marshall, TX 75670  
Tel: (903) 934-8450  
Fax: (903) 934-9257  

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF PANTECH WIRELESS, INC. & PANTECH CO. LTD.*

By: */s/ David R. Clonts*  
David R. Clonts  
Texas Bar No. 04403700  
dclonts@akingump.com  
Michael F. Reeder, II  
Texas Bar No. 24070481  
mreeder@akingump.com  
James L. Duncan, III  
Texas Bar No. 24059700  
jduncan@akingump.com  
Ashley Edison Brown  
Texas Bar No. 24078464  
ambrown@akingump.com  
AKIN GUMP STRAUSS HAUER & FELD LLP  
1111 Louisiana St., 44th Floor  
Houston, TX 77002-5200  
Telephone: 713.220.5800  
Facsimile: 713.236.0822  

*ATTORNEYS FOR DEFENDANTS AT&T INC. AND AT&T MOBILITY LLC*


By: */s/ Alan A. Wright*  
Alan A. Wright  
Oluwaseun O. Ajayi  
Brendan P. O'Shea  
HC PARK & ASSOCIATES PLC  
1894 Preston White Drive  
Reston, VA 20191  
Tel: (703) 288-5105  
Fax: (703) 288-5139  

Melissa Richards Smith  
GILLAM & SMITH, LLP  
303 South Washington Avenue  
Marshall, TX 75670  
Tel: (903) 934-8450  
Fax: (903) 934-9257  

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF PANTECH WIRELESS, INC. & PANTECH CO. LTD.*

By: */s/ David R. Clonts*  
David R. Clonts  
Texas Bar No. 04403700  
dclonts@akingump.com  
Michael F. Reeder, II  
Texas Bar No. 24070481  
mreeder@akingump.com  
James L. Duncan, III  
Texas Bar No. 24059700  
jduncan@akingump.com  
Ashley Edison Brown  
Texas Bar No. 24078464  
ambrown@akingump.com  
AKIN GUMP STRAUSS HAUER & FELD LLP  
1111 Louisiana St., 44th Floor  
Houston, TX 77002-5200  
Telephone: 713.220.5800  
Facsimile: 713.236.0822  

*ATTORNEYS FOR DEFENDANTS AT&T INC. AND AT&T MOBILITY LLC*

By: */s/ Geoff M. Godfrey*
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
Cortney C. Hoecherl
Ali Abugheida
WILMER CUTLER PICKERING
HALE & DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: (650) 858-6100
mark.flanagan@wilmerhale.com
robert.galvin@wilmerhale.com
geoff.godfrey@wilmerhale.com
cortney.hoecherl@wilmerhale.com
ali.abugheida@wilmerhale.com

Michael E. Jones
Patrick C. Clutter, IV
POTTER MINTON, P.C
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311
mikejones@potterminton.com
patrickclutter@potterminton.com

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS*

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2014 all counsel of record were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Adam A. Allgood*
Adam A. Allgood