**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEC CASIO MOBILE COMMUNICATIONS LTD., NEC CORPORATION OF AMERICA, and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendants. | Civil Action No. 6:13-cv-922 <br><br> **JURY TRIAL DEMANDED** |

**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS'
NOTICE OF APPEARANCE BY S. DENNIS WANG**

Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") files this Notice of Appearance of Counsel and hereby notifies the Court that S. Dennis Wang of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304, Dennis.Wang@wilmerhale.com, is appearing as counsel for Defendant and Counterclaim-Plaintiff Verizon. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  August 15, 2014

/s/  S. Dennis Wang
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
Cortney C. Hoecherl
S. Dennis Wang
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Phone:  (650) 858-6000
Fax:  (650) 858-6100
mark.flanagan@wilmerhale.com
robert.galvin@wilmerhale.com
geoff.godfrey@wilmerhale.com
cortney.hoecherl@wilmerhale.com
dennis.wang@wilmerhale.com

Michael E. Jones
Patrick C. Clutter, IV
POTTER MINTON, P.C.
110 North College, Suite 500
Tyler, TX  75710
Phone:  (903) 597-8311
mikejones@potterminton.com
patrickclutter@potterminton.com

*Attorneys for Defendant and Counterclaim-Plaintiff*
Cellco Partnership d/b/a Verizon Wireless

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 15, 2014.

/s/  S. Dennis Wang
S. Dennis Wang