**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 6:13-cv-00585 | |
| ) | | |
| NEC CASIO MOBILE ) | | |
| COMMUNICATIONS, LTD., ET AL., ) | | |
| ) | | |
|     Defendants. ) | | |
| ADAPTIX, INC. ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 6:13-cv-00778 | |
| ) | | |
| PANTECH WIRELESS, INC., ET AL., ) | | |
| ) | | |
|     Defendants. ) | | |
| ADAPTIX, INC., ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 6:13-cv-00922 | |
| ) | | |
| NEC CASIO MOBILE ) | | |
| COMMUNICATIONS LTD., ET AL., ) | | |
|     Defendants. ) | | |

**PLAINTIFF'S NOTICE OF PATENT RULE 4-1 DISCLOSURES**

Plaintiff, Adaptix Inc. ("Adaptix"), hereby notifies the Court that they have complied with P.R. 4-1 and this Court's June 25, 2014 Scheduling and Discovery Order to all counsel of record via electronic mail on August 15, 2014.

Dated: August 15, 2014    Respectfully submitted,

/s/  *Paul J. Hayes*
Paul J. Hayes
Kevin Gannon
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel:  (617) 345-6900
Fax:  (617) 443-1999
Email:  phayes@hayesmessina.com
Email:  kgannon@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I certify that on August 15, 2014 all counsel of record were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Daniel McGonagle
Daniel McGonagle