**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. <br>     Plaintiff, <br><br> v. <br><br> NEC CASIO MOBILE COMMUNICATIONS, LTD., <br> NEC CORPORATION OF AMERICA, <br> AT&T, INC., AT&T MOBILITY LLC, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:13-cv-00585 |
| ADAPTIX, INC. <br>     Plaintiff, <br><br> v. <br><br> PANTECH WIRELESS, INC., <br> PANTECH CO. LTD., AT&T INC., <br> and AT&T MOBILITY LLC, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:13-cv-00778 |
| ADAPTIX, INC., <br>     Plaintiff, <br><br> v. <br><br> NEC CASIO MOBILE COMMUNICATIONS LTD., <br> NEC CORPORATION OF AMERICA, <br> and CELLCO PARTNERSHIP <br> d/b/a VERIZON WIRELESS, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:13-cv-00922 |

**ADAPTIX'S NOTICE OF COMPLIANCE WITH
<u>LOCAL PATENT RULE 4-2</u>**

Plaintiff Adaptix, Inc. hereby notifies the Court that it has complied with the Court's Scheduling Order and Local Patent Rule 4-2 by serving its Preliminary Claim Constructions and Supporting Evidence on counsel for Defendants on September 8, 2014.

06076164

Dated: September 8, 2014  Respectfully submitted,

/s/ *Paul J. Hayes*
Paul J. Hayes
Steven E. Lipman
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 345-6900
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: slipman@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on September 8, 2014. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ *Daniel McGonagle*
Daniel McGonagle