# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:13-cv-00922-MHS-CMC |
| | § | |
| NEC CASIO MOBILE | § | |
| COMMUNICATIONS, LTD., et al. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS NEC CASIO MOBILE COMMUNICATIONS, LTD'S AND NEC CORPORATION OF AMERICA'S NOTICE OF COMPLIANCE RE SERVICE OF INITIAL DISCLOSURES

Defendants NEC Casio Mobile Communications, Ltd. and NEC Corporation of America (collectively "NEC"), hereby notify the Court that they have served their ¶ 1 initial disclosures in compliance with the Docket Control Order, ECF 48, issued on June 25, 2014.

Dated: September 12, 2014		MORGAN, LEWIS & BOCKIUS LLP

/s/ Rick L. Rambo
Rick L. Rambo
Texas State Bar No. 00791479
rrambo@morganlewis.com
Adam A. Allgood
Texas State Bar No. 24059403
aallgood@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Bradford A. Cangro (*admitted in TXED*)
D.C. Bar No. 495996
bcangro@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 2004
(202) 739-3000 Telephone
(202) 739-3001 Facsimile

Robert W. Busby, LEAD ATTORNEY
Virginia Bar No. 41312 (*Admitted Pro Hac Vice*)
rbusby@morganlewis.com
Jeremy D. Peterson
Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)
jpeterson@morganlewis.com
John D. Zele
Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)
jzele@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000 Telephone
(202) 739-3001 Facsimile


*ATTORNEYS FOR DEFENDANTS NEC CASIO MOBILE COMMUNICATIONS, LTD. and NEC CORPORATION OF AMERICA*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 12, 2014.

                                              */s/ Rick L. Rambo*
                                              Rick L. Rambo