# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:13-cv-00922-MHS-CMC |
| | § | |
| NEC CASIO MOBILE COMMUNICATIONS, LTD., et al. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS NEC CASIO MOBILE COMMUNICATIONS, LTD'S AND NEC CORPORATION OF AMERICA'S NOTICE OF COMPLIANCE RE SERVICE OF P.R. 3-3 AND 3-4 INVALIDITY CONTENTIONS

Defendants NEC Casio Mobile Communications, Ltd. and NEC Corporation of America (collectively "NEC"), hereby notify the Court that they have served their P.R. 3-3 and 3-4 Invalidity Contentions upon counsel for Plaintiff, Adaptix, Inc., in compliance with the Docket Control Order, ECF 48, issued on June 25, 2014.

DB1/ 80718752.1

Dated: September 15, 2014                MORGAN, LEWIS & BOCKIUS LLP

                                                          /s/ Rick L. Rambo
Rick L. Rambo
Texas State Bar No. 00791479
rrambo@morganlewis.com
Adam A. Allgood
Texas State Bar No. 24059403
aallgood@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Bradford A. Cangro (*admitted in TXED*)
D.C. Bar No. 495996
bcangro@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 2004
(202) 739-3000 Telephone
(202) 739-3001 Facsimile

Robert W. Busby, LEAD ATTORNEY
Virginia Bar No. 41312 (*Admitted Pro Hac Vice*)
rbusby@morganlewis.com
Jeremy D. Peterson
Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)
jpeterson@morganlewis.com
John D. Zele
Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)
jzele@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000 Telephone
(202) 739-3001 Facsimile


*ATTORNEYS FOR DEFENDANTS NEC CASIO MOBILE COMMUNICATIONS, LTD. and NEC CORPORATION OF AMERICA*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 15, 2014.

*/s/ Rick L. Rambo*
Rick L. Rambo
