**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-cv-585** |
| **NEC CASIO, ET AL.** | § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-cv-778** |
| **PANTECH WIRELESS, INC. ET AL.** | § § | |
| **ADAPTIX, INC.** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-cv-922** |
| **NEC, ET AL.** | § § | |

**PARTIES JOINT MOTION TO**
**AMEND THE DOCKET CONTROL ORDER**

Plaintiff Adaptix, Inc. ("Adaptix"), and Defendants NEC Casio Mobile Communications, Ltd., NEC Corporation of America, AT&T Mobility, LLC, Verizon Wireless, Inc., Pantech Co., Ltd., and Pantech Wireless, Inc., (collectively "Defendants") respectfully move to amend the Scheduling and Discovery Order entered on June 25, 2014. *See e.g.* 6:13-cv-585, Dkt. No.64, 6:13-cv-778, Dkt. No.40, and 6:13-cv-922, Dkt. No.48.

1

The parties have met and conferred and determined that an extension of time is necessary to in order to promote judicial efficiency, efficiency in time and cost to the parties, and to avoid scheduling conflicts with other related litigations. The Parties submit that this motion is not for the purposes of delay. Further, the parties agree, subject to the Court's approval, to the below amended deadlines in the Scheduling and Discovery Order.

| PRETRIAL EVENTS | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| Discovery deadline—claim construction | November 3, 2014 | January 5, 2015 |
| Deadline to file opening claim construction brief (P.R. 4-5(a)) | November 3, 2014 | January 5, 2015 |
| Deadline to file motions to dismiss (¶ 4) | November 14, 2014 | January 14, 2015 |
| Deadline for Additional Disclosures (¶ 2) | November 17, 2014 | January 19, 2015 |
| Deadline to file response to claim construction brief (P.R. 4-5(b)) | December 1, 2014 | February 5, 2015 |
| Deadline to file motion for summary judgment of indefiniteness | December 1, 2014 | February 5, 2015 |
| Deadline to file reply to claim construction brief (P.R. 4-5(c)) | December 8, 2014 | February 12, 2015 |
| Deadline to file response to motion for summary judgment of     indefiniteness | December 8, 2014 | February 12, 2015 |
| Deadline to file reply to motion for summary judgment of indefiniteness | December 15, 2014 | February 19, 2015 |
| Deadline to file claim construction chart (P.R. 4-5(d)) | December 15, 2014 | February 26, 2015 |
| Deadline to submit **required** tutorial | January 20, 2015 | March 20, 2015 |
| Claim construction hearing (i.e. *Markman* hearing) (P.R. 4-6) | **February 3, 2015** at 10:00 a.m. in Judge Steger's Courtroom, 3rd Floor, Tyler, TX before U. S. Magistrate Judge Caroline M. Craven | **April 7, 2015** at 10:00 a.m. in Judge Steger's Courtroom, 3rd Floor, Tyler, TX before U. S. Magistrate Judge Caroline M. Craven |

| | | |
|---|---|---|
| Deadline for amending pleadings to assert inequitable conduct defenses | February 27, 2015 | May 1, 2015 |
| Fact Discovery deadline (¶ 8) | April 3, 2015 | June 5, 2015 |
| Deadline to exchange privilege logs (¶ 5) | April 24, 2015 | June 26, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof (¶ 6) | May 14, 2015 | July 17, 2015 |
| Deadline to disclose willfulness opinions (P.R. 3-7) | May 21, 2015 | July 24, 2015 |
| Deadline to notify Court of mediator (¶ 8) | June 5, 2015 | August 7, 2015 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof (¶ 6) | June 18, 2015 | August 21, 2015 |
| Deadline to complete **required** mediation (¶ 9) | June 26, 2015 | August 28, 2015 |
| Expert Discovery deadline (¶ 8) | July 23, 2015 | September 25, 2015 |
| Deadline for dispositive motions (including *Daubert* motions) (¶ 10) | September 3, 2015 | November 6, 2015 |
| Deadline to file a response to dispositive motion | September 24, 2015 | November 27, 2015 |
| Deadline to file a reply to dispositive motion | October 8, 2015 | December 11, 2015 |
| Deadline for parties to exchange pretrial disclosures (¶ 11) | December 21, 2015 | February 24, 2016 |
| Deadline to notify Court of daily transcript or realtime request (¶ 12) | December 21, 2015 | February 24, 2016 |
| Deadline for parties to exchange objections to pretrial disclosures (¶ 11) | January 8, 2016 | March 11, 2016 |
| Deadline for parties to meet and confer on resolving objections (¶ 13) | January 15, 2016 | March 18, 2016 |
| Deadline to file pretrial materials (¶ 14) | January 22, 2016 | March 25, 2016 |
| Deadline for parties to exchange exhibits (¶ 15) | February 19, 2016 | April 22, 2016 |

| | | |
|---|---|---|
| Pretrial conference and trial setting (¶ 16) | **February 22, 2016 at 11:00 a.m. 6:13cv585** **February 23, 2016 at 11:00 a.m. 6:13cv778** **February 24, 2016 at 11:00 a.m. 6:13cv922** | **April 25, 2016 at 11:00 a.m. 6:13cv585** **April 26, 2016 at 11:00 a.m. 6:13cv778** **April 27, 2016 at 11:00 a.m. 6:13cv922** or such other dates amenable to the Court's calendar |

Wherefore, the parties respectfully request that the Court grant this Motion.

Dated:  October 31, 2014

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Adam A. Allgood*
Rick L. Rambo
Texas State Bar No. 00791479
rrambo@morganlewis.com
Adam A. Allgood
Texas State Bar No. 24059403
aallgood@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Robert W. Busby, LEAD ATTORNEY
Virginia Bar No. 41312 (*Application for Admission Pro Hac Vice Pending*)
rbusby@morganlewis.com
John D. Zele
Virginia Bar No. 36183 (*Application for Admission Pro Hac Vice Pending*)
jzele@morganlewis.com
Jeremy D. Peterson
Virginia Bar No. 36183 (*Application for Admission Pro Hac Vice Pending*)
jpeterson@morganlewis.com
Bradford A. Cangro (*admitted in TXED*)
D.C. Bar No. 495996
bcangro@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW

4

Washington, DC 20004
(202) 739-3000 Telephone
(202) 739-3001 Facsimile

*ATTORNEYS FOR DEFENDANTS NEC CORPORATION OF AMERICA, NEC CASIO MOBILE COMMUNICATIONS, LTD., AT&T MOBILITY, LLC, AND AT&T, INC.*

By: */s/ Alan A. Wright*
Alan A. Wright
Oluwaseun O. Ajayi
Brendan P. O'Shea
HC PARK & ASSOCIATES PLC
1894 Preston White Drive
Reston, VA 20191
Tel: (703) 288-5105
Fax: (703) 288-5139

Melissa Richards Smith
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF PANTECH WIRELESS, INC. & PANTECH CO. LTD.*

By: */s/ David R. Clonts*
David R. Clonts
Texas Bar No. 04403700
dclonts@akingump.com
Michael F. Reeder, II
Texas Bar No. 24070481
mreeder@akingump.com
James L. Duncan, III
Texas Bar No. 24059700
jduncan@akingump.com
Ashley Edison Brown
Texas Bar No. 24078464
ambrown@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana St., 44th Floor
Houston, TX 77002-5200

Telephone: 713.220.5800
Facsimile: 713.236.0822

*ATTORNEYS FOR DEFENDANTS
AT&T INC. AND AT&T MOBILITY LLC*

By: */s/ Cortney C. Hoecherl*
Mark D. Flanagan
Robert M. Galvin
Geoffrey M. Godfrey
Cortney C. Hoecherl
WILMER CUTLER PICKERING
HALE & DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: (650) 858-6100
mark.flanagan@wilmerhale.com
robert.galvin@wilmerhale.com
geoff.godfrey@wilmerhale.com
cortney.hoecherl@wilmerhale.com

Michael E. Jones
Patrick C. Clutter, IV
POTTER MINTON, P.C
110 North College, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311
mikejones@potterminton.com
patrickclutter@potterminton.com

*ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF CELLCO
PARTNERSHIP D/B/A VERIZON
WIRELESS*

/s/ *Paul J. Hayes*
Paul J. Hayes
Steven E. Lipman
HAYES, MESSINA, GILMAN & HAYES LLC
200 State St., 6th Floor
Boston, MA 02109
Tel: (617) 439-6900
Fax: (617) 443-1999
Email: phayes@hayesmessina.com
Email: slipman@hayesmessina.com

6

                                        Craig Tadlock
                                        Texas State Bar No. 00791766
                                        TADLOCK LAW FIRM PLLC
                                        2701 Dallas Parkway, Suite 360
                                        Plano, Texas 75093
                                        Phone: (903) 730-6789
                                        Email: craig@tadlocklawfirm.com

                                        *ATTORNEYS FOR PLAINTIFF*
                                        *ADAPTIX, INC.*


## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a), on October 31, 2014.


                                        */s/ Paul J. Hayes*
                                        Paul J. Hayes