**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.** ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 6:13-cv-00585 | |
| ) | | |
| **NEC CASIO MOBILE** ) | | |
| **COMMUNICATIONS, LTD., ET AL.** ) | | |
| ) | | |
| Defendants. ) | | |
| **ADAPTIX, INC.** ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 6:13-cv-00778 | |
| ) | | |
| **PANTECH WIRELESS, INC., ET AL.** ) | | |
| ) | | |
| Defendants. ) | | |
| **ADAPTIX, INC.,** ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 6:13-cv-00922 | |
| ) | | |
| **NEC CASIO MOBILE** ) | | |
| **COMMUNICATIONS LTD., ET AL.** ) | | |
| Defendants. ) | | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Before the Court is Plaintiff Adaptix, Inc.'s ("Adaptix") unopposed motion to withdraw Steven E. Lipman as counsel of record for Adaptix and remove him from all the electronic service lists. Having considered the motion, the Court has determined that it should be GRANTED.

Therefore, it is hereby ORDERED that Steven E. Lipman is withdrawn as counsel of record for Adaptix in this matter. The clerk's office is DIRECTED to remove Steven E. Lipman from receiving any further CM/ECF notices in this case.

**SIGNED this 20th day of January, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE